PS 42
(Rev 07/93)

# United States District Court

## Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Shauna Gunning ) | Case No. 2:13-CR-177-RMP-2 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shauna Gunning, have discussed with Anne Sauther, Pretrial Services/Probation Officer, modification of my release as follows:

Ms. Gunning's daily curfew on the evenings she is scheduled to work shall be extended past 8:00 p.m., with prior approval by the probation office. She must notify pretrial services in advance with the dates and times of her request for the extension of her curfew.

I consent to this modification of my release conditions and agree to abide by this modification.

_Shauna Gunning_  5-13-14      _Anne Sauther_  5-13-14
Signature of Defendant   Date       Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_           5/13/14
Signature of Defense Counsel    Date

[X]  The above modification of conditions of release is ordered, to be effective on  5/13/2014

[ ]  The above modification of conditions of release is not ordered.

_[signature]_                    May 14, 2014
Signature of Judicial Officer        Date