UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUNA J. GUNNING,<br><br>Defendant. | No. 2:13-CR-177-RMP-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Before the Court is Defendant Shauna Gunning's Motion to Modify Conditions of Pretrial Release. Defendant seeks to have her imposed curfew lifted to allow her to have more flexibility in her work schedule. Neither the United States nor the U.S. Probation Office object to the requested modification. Accordingly,

**IT IS ORDERED** Defendant's Motion, **ECF No. 113**, is **GRANTED.** Effective immediately, Defendant shall no longer be subject to a curfew.

All other conditions of release not inconsistent herewith to remain in full force and effect.

DATED July 3, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1