# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 08, 2015**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gunning, Shauna J. | Docket No. | 0980 2:13CR00177-RMP-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Anne L. Sauther, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shauna J. Gunning, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 18 day of March, 2014, under the following conditions:

**Condition #17:** Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Shauna Gunning was arrested on August 23, 2015, for driving under the influence in Spokane, Washington.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 4, 2015

by s/Anne L. Sauther

Anne L. Sauther
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

9/8/2015

Date