# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gunning, Shauna J. | Docket No. | 2:13CR00177-RMP-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Shauna J. Gunning, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 18th day of March 2015 under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Special Condition #17:** Refrain from any use of alcohol.

**Special Condition #19:** Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program.  Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise.  The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.  If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the Court and the U.S. Marshal, who will be directed to immediately arrest the Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #5:** The defendant tested positive for the presence of marijuana on December 9, 2015.

**Violation #6:** The defendant admitted to ingesting cocaine on December 12, 2015.

**Violation #7:** The defendant admitted to consuming alcohol on December 12, 2015.

**Violation #8:** The defendant has been determined to be non-compliant with her chemical dependency treatment expectations due to attendance issues and continued use of substances.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATIONS WITH THE VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on: 12/18/2015

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[x ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/18/2015

Date