PROB 12C
(6/16)

Report Date: May 23, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 23 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shauna J. Gunning          Case Number: 0980 2:13CR00177-WFN-2

Address of Offender: ███████████████ Spokane, Washington 99203

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 23, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841 (a)(1),(b)(1)(A)(viii) and 846 | |
| Original Sentence: | Prison - 366 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 10, 2017 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: February 9, 2022 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 25, 2016, Shauna Gunning signed her judgment relative to case number 2:13CR00177-RMP-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Gunning was made aware by her U.S. probation officer that she was not to commit another Federal, state, or local crime.<br><br>On May 21, 2017, Shauna Gunning was allegedly involved in a vehicle collision that injured several individuals; she then fled the scene of the collision. Specifically, she rear-ended a vehicle that was occupied by a female driver and three children. The three children in the vehicle sustained injuries. Following the collision, she drove to her residence, where she was observed by neighbors exiting her wrecked vehicle, and stumbling around. When police officers responded, Ms. Gunning denied being involved in an accident. Officers observed Ms. Gunning's damaged vehicle. They also recovered parts from her vehicle at the scene of the collision. Furthermore, the victim of the accident positively identified Ms. Gunning as the driver that hit her vehicle and left the scene.<br><br>Subsequently, Ms. Gunning was arrested for felony hit and run. Charges remain pending in Spokane County Superior Court. |

| | | |
|---|---|---|
| | 2 | **Special Condition # 20**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On October 25, 2016, Shauna Gunning signed her judgment relative to case number 2:13CR00177-RMP-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Gunning was made aware by her U.S. probation officer that she was not to consume alcohol.

On May 23, 2017, Ms. Gunning advised the undersigned officer that on May 21, 2017, she attended a barbeque where she consumed alcohol.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 23, 2017

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/23/2017

Date