PROB 12C
(6/16)

Report Date: August 29, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shauna J. Gunning                     Case Number: 0980 2:13CR00177-WFN-2

Address of Offender: 504 East 18th Avenue, Spokane, Washington 99203

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 23, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841 (a)(1),(b)(1)(A)(Viii) and 846 | |
| Original Sentence: | Prison 366 days; TSR - 60 days | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 10, 2017 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: February 9, 2022 |

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/23/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 25, 2016, Shauna Gunning signed her judgment relative to case number 2:13CR00177-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Gunning was made aware by her U.S. probation officer that she was not to commit another Federal, state, or local crime.<br><br>On August 29, 2017, Shauna Gunning was arrested for driving while under the influence of intoxicants. Charges are pending in Spokane Municipal Court. |
| 4 | **Special Condition # 20**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
**Re: Gunning, Shauna J.**
**August 29, 2017**
**Page 2**

**Supporting Evidence**: On October 25, 2016, Shauna Gunning signed her judgment relative to case number 2:13CR00177-WFN-2, indicating she understood all conditions ordered by the Court. Specifically, Ms. Gunning was made aware by her U.S. probation officer that she was not to consume alcohol.

On August 29, 2017, Shauna Gunning was contacted by Spokane police. She was found to be under the influence of intoxicants.

The U.S. Probation Office respectfully recommends the Court incorporate the above violations and issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    8/29/2017

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

8/29/17
Date